## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| NATHAN REARDON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Docket No. 1:25-cv-00187-NT |
| | ) |
| ANDREW LIZOTTE, | ) |
| | ) |
| Defendant. | ) |

### ORDER AFFIRMING THE RECOMMENDED DECISION
### OF THE MAGISTRATE JUDGE

On April 28, 2025, the United States Magistrate Judge filed with the Court, with copy to the Plaintiff, his Recommended Decision after a preliminary review of the Plaintiff's Complaint under 28 U.S.C. § 1915. Recommended Decision (ECF No. 6). The Plaintiff filed an objection to the Recommended Decision on May 8, 2025 (ECF No. 9). I have reviewed and considered the Recommended Decision, together with the entire record. I have made a *de novo* determination of all matters adjudicated by the Recommended Decision, and I concur with the recommendations of the United States Magistrate Judge.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. It is further **ORDERED** that, in accordance with 28 U.S.C. § 1915, the Plaintiff's complaint is **DISMISSED**.

SO ORDERED.

                                                      /s/ Nancy Torresen
                                                      United States District Judge

Dated this 28th day of May, 2025.