# United States Court of Appeals
## For the First Circuit

No. 25-1628

NATHAN REARDON,

Plaintiff - Appellant,

v.

ANDREW LIZOTTE, Assistant United States Attorney, in the individual capacity,

Defendant - Appellee.

Before

Montecalvo, Rikelman, and Aframe,
Circuit Judges.

**JUDGMENT**

Entered: January 6, 2026

    *Pro se* appellant Nathan Reardon ("Reardon"), a defendant in an underlying criminal action, appeals from the district court's dismissal pursuant to 28 U.S.C. § 1915(e)(2)(B) of his Bivens action against Assistant U.S. Attorney Andrew Lizotte, in his individual capacity, who was the prosecutor in Reardon's criminal case.

    After careful *de novo* review of the record and Reardon's brief, we hold that Reardon's failure to challenge the grounds on which the district court dismissed his claims or to develop any meaningful argument related to the allegations in his complaint results in waiver. See Bradshaw v. Corr. Med. Servs., Inc., 6 F. App'x 45, 46 (1st Cir. 2001) (unpublished per curiam) (*de novo* review applied to screening dismissal by the district court for failure to state a claim); Sparkle Hill, Inc. v. Interstate Mat Corp., 788 F.3d 25, 30 (1st Cir. 2015) (waiver appropriate where "the opening brief presents no argument at all challenging express grounds upon which the district court prominently relied in entering judgment").

    Notwithstanding the waiver, we affirm substantially for the reasons stated by the court. See Recommended Decision, D.Ct. Dkt. 6, adopted, D.Ct. Dkt. 12; Van de Kamp v. Goldstein, 555 U.S. 335, 341 (2009); Diaz-Colon v. Fuentes-Agostini, 786 F.3d 144, 150 (1st Cir. 2015).

<u>Affirmed</u>. <u>See</u> 1st Cir. R. 27.0(c).

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Nathan Reardon