# United States Court of Appeals
## For the First Circuit

No. 25-1628

NATHAN REARDON,

Plaintiff - Appellant,

v.

ANDREW LIZOTTE, Assistant United States Attorney, in the individual capacity,

Defendant - Appellee.

**MANDATE**

Entered: January 28, 2026

    In accordance with the judgment of January 6, 2026, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Nathan Reardon